EDWIN NEILSON, Individually and as Administrator of the Estate of JANICE NEILSON, Deceased, Respondent, v. SAL MARTORANO, INC., et al., Respondents, and CHRISTINA PEREZ, Appellant.—

Rabin, P. J., Hopkins, Latham, Shapiro and Brennan, JJ., concur.